UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE MELENDEZ,
              Plaintiff,

    - against -              22-cv-7632 (JGK)

NYU LANGONE HOSPITALS, ET AL.,    ORDER
             Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 19, 2022.

SO ORDERED.

Dated:    New York, New York
         November 26, 2022

                                          John G. Koeltl
                                United States District Judge