UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE MELENDEZ,

                Plaintiff,

    - against -

NYU LANGONE HOSPITALS, et al.,

                Defendants.

22-cv-7632 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for **January 24, 2023 at 4:30 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
            January 19, 2023

                                            John G. Koeltl
                                United States District Judge