# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4612
MY EMAIL ADDRESS IS: KATHRYN.BARRY@JACKSONLEWIS.COM

March 13, 2023

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Southern District of New York
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
3/13/23

Re: *Jacqueline Melendez v. NYU Langone Hospitals, Karlos Hernandez, and Kathleen Pacina*, Docket No.: 22-cv-07632

Dear Judge Koeltl:

We represent Defendants in the above-referenced matter. We write jointly with Plaintiff, in accordance with Your Honor's Individual Practice Rule I(D), to request mutual sixty (60) day extensions of the following:

(1)  the deadline for the parties to complete discovery be extended from March 24, 2023 to May 23, 2023;

(2)  the deadline for the parties to complete dispositive motions be extended from June 7, 2023 to August 7, 2023; and,

(3)  the deadline for the parties to submit a joint pretrial order, together with any motions in limina or motions to bifurcate, be extended from July 14, 2023 to September 12, 2023.

This is the parties' first request for extension. We thank the Court for its consideration of this request and attention to this matter.

Respectfully submitted,

JACKSON LEWIS, P.C.

/s/ *Kathryn J. Barry*

Kathryn J. Barry
Heather L. Veneroni

cc: All Counsel of Record (via ECF)

4879-2486-6899, v. 1